# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> AVEUM INVESTMENTS, LLC, <br><br> Debtor. <br><br> ------------------------------------------------ <br><br> CATHY L. SCARVER, Chapter 7 Trustee, <br><br> Plaintiff, <br><br> v. <br><br> U.S. BANCORP D/B/A U.S. BANK, N.A. as Trustee for VELOCITY COMMERCIAL CAPITAL LOAN TRUST 2018-1, <br><br> DEFENDANT. | CHAPTER 7 <br><br> CASE NO. 19-60303-jwc <br><br> ----------------------------------------------- <br><br><br><br><br><br><br><br> **ADVERSARY PROCEEDING NO. 20-6012-jwc** |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COME NOW** the undersigned parties, pursuant to the provisions of Fed. R. Bankr. P. 7041, hereby stipulate to the dismissal without prejudice of Plaintiff's claims asserted in the Complaint in the above-captioned adversary proceeding against Defendant, with each party to bear their own costs.

Dated: March 13, 2020

Respectfully submitted by,

        **SMALL HERRIN, LLP**

  /s/ Anna M. Humnicky
    Anna M. Humnicky
    Georgia Bar No. 377850
2727 Paces Ferry Rd
Building 2, Suite 200
Atlanta, GA 30339
(770) 857-4770
ahumnicky@smallherrin.com

*Counsel for Cathy L. Scarver, Chapter 7 Trustee*

Consented to by:

RUBIN LUBLIN, LLC

  /s/ Bret J. Chaness (signed by Anna M. Humnicky with express permission)
    BRET J. CHANESS
    GA Bar # 720572
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com

*Counsel for U.S. Bancorp d/b/a U.S. Bank, N.A. as Trustee for Velocity Commercial Capital Loan Trust 2018-1*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>AVEUM INVESTMENTS, LLC,<br><br>    Debtor.<br><br>-------------------------------------------------<br><br>CATHY L. SCARVER, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. BANCORP D/B/A U.S. BANK, N.A. as Trustee for VELOCITY COMMERCIAL CAPITAL LOAN TRUST 2018-1,<br><br>    DEFENDANT. | CHAPTER 7<br><br>CASE NO. 19-60303-jwc<br><br>----------------------------------------------<br><br><br><br><br><br>**ADVERSARY PROCEEDING NO. 20-6012-jwc** |

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify under penalty of perjury that I am over the age of 18 and that on March 13, 2020, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system which automatically sent a Notice of Electronic Filing to the following:

  Bret J. Chaness, Counsel for U.S. Bancorp d/b/a U.S. Bank, N.A. as Trustee for Velocity Commercial Capital Loan Trust 2018-1 - bchaness@rubinlublin.com

     I further certify that I served the foregoing document on March 13, 2020, via U.S. First Class Mail, to the following:

U.S. Bancorp, d/b/a U.S. Bank, N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-1
c/o Andrew Cecere, its Chairman, President & Chief Executive Officer
U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-7014

Dated: March 13, 2020.

By: */s/  Anna M. Humnicky*
Anna M. Humnicky
Georgia Bar No. 377850
**Small Herrin, LLP**
2727 Paces Ferry Rd.
Building 2, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 783-1800 x 405
Direct: (770) 857-4770
ahumnicky@smallherrin.com

*Counsel for Cathy L. Scarver, Chapter 7 Trustee*